UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lanette Rae Heitzman,

    Plaintiff,

v.                                        **ORDER**
                                           Civil No. 12-2274(MJD/LIB)

Officer Scott Engelstad, Gilbert Police
Dept., individually and
in his official capacity,

    Defendant.

_____

    David Izek, Altman & Izek, Counsel for Plaintiff.

    Pamela L. VanderWiel and Anna L. Yunker, Everett & VanderWiel, P.L.L.P., Counsel for Defendant.

_____

This matter is before the Court on the Defendant's motion in limine for an order preventing Plaintiff from introducing any evidence that she attempted to commit suicide as a result of Defendant's alleged actions.  Based on the file, record and proceedings herein,

IT IS HEREBY ORDERED that Defendant's motion [Doc. No. 155] is **DENIED.**

Date:  November 14, 2014                      s/ Michael J. Davis
                                                                Michael J. Davis
                                                                Chief Judge
                                                               United States District Court